IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

      Plaintiff,

      **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

      Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

**SUMMONS IN A CIVIL ACTION**

TO :
**RICHARD STEPHEN ALBERTS**, **JR.,** ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

_____ was received by

me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____

_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____, a person of

suitable age and discretion who resides there,

on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by

law to accept service of process on behalf of *(name of*

*organization)*_____

_____on

*(date)*_____ ; or

☐ I returned the summons unexecuted

because_____ ; or

☐ Other *(specify):*

_____

_____

_____

My fees are $_____ for travel and $_____ for services, for a total of

$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                         *Server's signature*

                         _____

                         *Printed name and title*

                         _____

                         *Server's*

                         *address*_____

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**

Plaintiff,

**v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

TO :

**JASON BATTIN**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,

on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____

_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____
My fees are $_____ for travel and $_____ for services, for a total of
$_____ .
I declare under penalty of perjury that this information is true.
Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's
address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

     Plaintiff,

     **v.**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

     Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

### SUMMONS IN A CIVIL ACTION

TO :

**BRIAN BELLEQUE**, Deputy Director (past)
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                                            *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's
address*_____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PENDLETON DIVISION

**MARIA MOLINA,**

    Plaintiff,

    **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.**, ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

    Defendants.

USDC Case No. 2:20-cv-1195

## SUMMONS

---

### SUMMONS IN A CIVIL ACTION

TO :

**MICHAEL S CRANFORD,** Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.
Date:_____

                           *Server's signature*

                           _____

                           *Printed name and title*

                           _____

                           *Server's*

                           *address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

        Plaintiff,

        **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

        Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

TO :

**ALEX DORAN**, Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____
My fees are $_____ for travel and $_____ for services, for a total of
$_____ .
I declare under penalty of perjury that this information is true.
Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's
address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

     Plaintiff,

     **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

     Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

**SUMMONS IN A CIVIL ACTION**

TO :

**JENNIFER ELGIN**, ODOC/CCCF counselor
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*


Date: _____        _____
                                  *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                         *Server's signature*

                         _____

                         *Printed name and title*

                         _____

                         *Server's*

                         *address*_____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**

     Plaintiff,

     **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

     Defendants.

USDC Case No. 2:20-cv-1195

## SUMMONS

## SUMMONS IN A CIVIL ACTION

TO :

**MICHAEL GOWER,** Assistant Director of Operations
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

_____ was received by

me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)* _____, a person of

suitable age and discretion who resides there,

on *(date)* , _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ , who is designated by

law to accept service of process on behalf of *(name of*

*organization)* _____

_____ on

*(date)* _____ ; or

☐ I returned the summons unexecuted

because _____ ; or

☐ Other *(specify):*

_____

_____

_____

My fees are $_____ for travel and $_____ for services, for a total of

$_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                        *Server's signature*

                                        _____

                                        *Printed name and title*

                                        _____

                                        *Server's*

                                        *address* _____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**

      Plaintiff,

      **v.**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER**, ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

      Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

TO :

**SHERRI KILGORE**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

_____ was received by

me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____

_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____, a person of

suitable age and discretion who resides there,

on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*

_____, who is designated by

law to accept service of process on behalf of *(name of*

*organization)*_____

_____on

*(date)*_____ ; or

☐ I returned the summons unexecuted

because_____ ; or

☐ Other *(specify):*

_____

_____

_____

My fees are $_____ for travel and $_____ for services, for a total of

$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

         *Server's signature*

         _____

         *Printed name and title*

         _____

         *Server's*

         *address*_____

Additional information regarding attempted service, etc:

enIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

     Plaintiff,

     **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

     Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

TO :

**SHANNON MECHAM,** Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

                                      *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

                              *Server's signature*

                              _____

                              *Printed name and title*

                              _____

                              *Server's*

                              *address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**                                          USDC Case No. 2:20-cv-1195

     Plaintiff,

     **v.**                                                      **SUMMONS**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

     Defendants.

## SUMMONS IN A CIVIL ACTION

TO :
**DAWNELL MEYER**, Behavioral Health Services Administrator
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                               *Server's signature*

                               _____

                               *Printed name and title*

                               _____

                               *Server's*

                               *address*_____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**

    Plaintiff,

    **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

    Defendants.

USDC Case No. 2:20-cv-1195

### SUMMONS

---

### SUMMONS IN A CIVIL ACTION

TO :

**PAULA MYERS**, Superintendent
Coffee Creek Correctional Facility (CCCF)
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                            *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.
Date:_____

                        *Server's signature*

                        _____

                        *Printed name and title*

                        _____

                        *Server's*

                        *address*_____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**

    Plaintiff,

    **v.**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON,** ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

    Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

TO :

**ROB PERSSON,** Westside Institutions Administrator
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's
address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**                                          USDC Case No. 2:20-cv-1195

      Plaintiff,

      **v.**                                              **SUMMONS**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

TO :
**COLETTE PETERS,** Director,
Oregon Department of Corrections (ODOC)
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's*

*address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

  Plaintiff,

  **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

  Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

**SUMMONS IN A CIVIL ACTION**

TO :

**T. PLUMBER**, ODOC SUI Investigator
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .
I declare under penalty of perjury that this information is true.
Date:_____

                    *Server's signature*

                    _____

                    *Printed name and title*

                    _____

                    *Server's*

                    *address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**                                          USDC Case No. 2:20-cv-1195

     Plaintiff,

     **v.**                                          **SUMMONS**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

     Defendants.

## SUMMONS IN A CIVIL ACTION

TO :

**ANTHONY ROSS**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*


Date: _____          _____

                                            *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .
I declare under penalty of perjury that this information is true.
Date:_____

                   *Server's signature*

                   _____

                   *Printed name and title*

                   _____

                   *Server's*

                   *address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**                                    USDC Case No. 2:20-cv-1195

      Plaintiff,

      **v.**                                              **SUMMONS**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

      Defendants.

## SUMMONS IN A CIVIL ACTION

TO :
**JACK ROWLETT**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's
address*_____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**                                                    USDC Case No. 2:20-cv-1195

      Plaintiff,

      **v.**                                                              **SUMMONS**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

      Defendants.

## SUMMONS IN A CIVIL ACTION

TO :
**ERICKA SAGE**, PREA Coordinator
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                   *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)* _____ , a person of
suitable age and discretion who resides there,
on *(date)* , _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of
organization)* _____
_____ on
*(date)* _____ ; or

☐ I returned the summons unexecuted
because _____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                            *Server's signature*

                            _____

                            *Printed name and title*

                            _____

                            *Server's*

                            *address* _____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

Plaintiff,

**v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

**SUMMONS IN A CIVIL ACTION**

TO :

**TANYA SIMMONS**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

                                          *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of*
*organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's*

*address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**                                             USDC Case No. 2:20-cv-1195

      Plaintiff,

      **v.**                                                    **SUMMONS**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER**, ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.,** ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON**,
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

      Defendants.

## SUMMONS IN A CIVIL ACTION

TO :
**STATE OF OREGON**
Oregon Department of Justice
ATTN: Trial Division
1162 Court St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)

— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                        *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of*
*organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's*

*address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**
      Plaintiff,

      **v.**

**COLETTE PETERS**, Oregon Department of Corrections
(ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director
(past); **HEIDI STEWARD**, ODOC Deputy Director
(current); **PAULA MYERS**, Superintendent Coffee Creek
Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC
Assistant Director of Operations; **ROB PERSSON**, ODOC
Westside Institutions Administrator; **ERICKA SAGE**,
ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC
Behavioral Health Services Administrator; **RICHARD
STEPHEN ALBERTS, JR.**, ODOC Correctional Officer;
**JASON BATTIN**, ODOC Correctional Officer; **MICHAEL
YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**,
ODOC Correctional Officer; **ANTHONY ROSS**, ODOC
Correctional Officer; **JACK ROWLETT**, ODOC
Correctional Officer; **TANYA SIMMONS**, ODOC
Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF
counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX
DORAN**, Correctional Officer; **JASON WILSON,**
Correctional Officer; **SHANNON MECHAM,** Correctional
Officer; **MICHAEL S CRANFORD,** Correctional Officer;
**JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE
DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE
DOE,** Security Staff; **JOHN / JANE DOE,** ODOC Medical
Staff; and State of Oregon, each sued in their individual and
official capacities,

      Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

TO :
**HEIDI STEWARD**, Deputy Director (current)
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are the United States or a United States
agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)
— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                        _____

                                                     *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____, who is designated by
law to accept service of process on behalf of *(name of
organization)*_____
_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                              *Server's signature*

                         _____

                         *Printed name and title*

                         _____

                         *Server's*

                         *address*_____

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PENDLETON DIVISION

**MARIA MOLINA,**

     Plaintiff,

     **v.**

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

     Defendants.

USDC Case No. 2:20-cv-1195

## SUMMONS

## SUMMONS IN A CIVIL ACTION

TO :

**JASON WILSON,** Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of
suitable age and discretion who resides there,
on *(date)* , _____and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of
organization)*_____

_____on
*(date)*_____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's
address*_____

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MARIA MOLINA,**

Plaintiff,

v.

**COLETTE PETERS**, Oregon Department of Corrections (ODOC); **BRIAN BELLEQUE**, ODOC Deputy Director (past); **HEIDI STEWARD**, ODOC Deputy Director (current); **PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF); **MICHAEL GOWER,** ODOC Assistant Director of Operations; **ROB PERSSON**, ODOC Westside Institutions Administrator; **ERICKA SAGE**, ODOC PREA Coordinator; **DAWNELL MEYER**, ODOC Behavioral Health Services Administrator; **RICHARD STEPHEN ALBERTS, JR.,** ODOC Correctional Officer; **JASON BATTIN**, ODOC Correctional Officer; **MICHAEL YANEZ**, ODOC Correctional Officer; **SHERRI KILGORE**, ODOC Correctional Officer; **ANTHONY ROSS**, ODOC Correctional Officer; **JACK ROWLETT**, ODOC Correctional Officer; **TANYA SIMMONS**, ODOC Correctional Officer; **JENNIFER ELGIN**, ODOC/CCCF counselor; **T. PLUMBER**, ODOC SUI Investigator; **ALEX DORAN**, Correctional Officer; **JASON WILSON,** Correctional Officer; **SHANNON MECHAM,** Correctional Officer; **MICHAEL S CRANFORD,** Correctional Officer; **JOHN/JANE DOE**, ODOC/ SIU Investigators; **JOHN/JANE DOE**, ODOC/CCCF Correctional Officers; **JOHN /JANE DOE,** Security Staff; **JOHN / JANE DOE**, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,

Defendants.

USDC Case No. 2:20-cv-1195

**SUMMONS**

**SUMMONS IN A CIVIL ACTION**

TO :

**MICHAEL YANEZ**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger G. Mooney
1017 May Street, Suite 200
Hood River, Oregon 97031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                     *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*
_____ was received by
me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)* _____, a person of
suitable age and discretion who resides there,
on *(date)* , _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*
_____ , who is designated by
law to accept service of process on behalf of *(name of*
*organization)* _____
_____ on
*(date)* _____ ; or

☐ I returned the summons unexecuted
because_____ ; or

☐ Other *(specify):*

_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's*

*address*_____

Additional information regarding attempted service, etc: