# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
             THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❒ 1  U.S. Government Plaintiff
- ❒ 2  U.S. Government Defendant
- ❒ 3  Federal Question *(U.S. Government Not a Party)*
- ❒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane | ❒ 365 Personal Injury - Product Liability | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product Liability | ❒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument | ❒ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment & Enforcement of Judgment | ❒ 330 Federal Employers' Liability | | | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
| ❒ 151 Medicare Act | ❒ 340 Marine | ❒ 368 Asbestos Personal Injury Product Liability | | ❒ 830 Patent | ❒ 450 Commerce |
| ❒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❒ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation |
| ❒ 153 Recovery of Overpayment of Veteran's Benefits | ❒ 350 Motor Vehicle | ❒ 370 Other Fraud | **LABOR** | ❒ 840 Trademark | ❒ 470 Racketeer Influenced and Corrupt Organizations |
| ❒ 160 Stockholders' Suits | ❒ 355 Motor Vehicle Product Liability | ❒ 371 Truth in Lending | ❒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ❒ 190 Other Contract | ❒ 360 Other Personal Injury | ❒ 380 Other Personal Property Damage | ❒ 720 Labor/Management Relations | ❒ 861 HIA (1395ff) | ❒ 485 Telephone Consumer Protection Act |
| ❒ 195 Contract Product Liability | ❒ 362 Personal Injury - Medical Malpractice | ❒ 385 Property Damage Product Liability | ❒ 740 Railway Labor Act | ❒ 862 Black Lung (923) | ❒ 490 Cable/Sat TV |
| ❒ 196 Franchise | | | ❒ 751 Family and Medical Leave Act | ❒ 863 DIWC/DIWW (405(g)) | ❒ 850 Securities/Commodities/ Exchange |
| | | | | ❒ 864 SSID Title XVI | |
| | | | | ❒ 865 RSI (405(g)) | ❒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❒ 891 Agricultural Acts |
| ❒ 210 Land Condemnation | ❒ 440 Other Civil Rights | **Habeas Corpus:** | ❒ 791 Employee Retirement Income Security Act | ❒ 870 Taxes (U.S. Plaintiff or Defendant) | ❒ 893 Environmental Matters |
| ❒ 220 Foreclosure | ❒ 441 Voting | ❒ 463 Alien Detainee | | ❒ 871 IRS—Third Party 26 USC 7609 | ❒ 895 Freedom of Information Act |
| ❒ 230 Rent Lease & Ejectment | ❒ 442 Employment | ❒ 510 Motions to Vacate Sentence | | | ❒ 896 Arbitration |
| ❒ 240 Torts to Land | ❒ 443 Housing/ Accommodations | ❒ 530 General | | | ❒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❒ 245 Tort Product Liability | ❒ 445 Amer. w/Disabilities - Employment | ❒ 535 Death Penalty | **IMMIGRATION** | | |
| ❒ 290 All Other Real Property | ❒ 446 Amer. w/Disabilities - Other | **Other:** | ❒ 462 Naturalization Application | | ❒ 950 Constitutionality of State Statutes |
| | ❒ 448 Education | ❒ 540 Mandamus & Other | ❒ 465 Other Immigration Actions | | |
| | | ❒ 550 Civil Rights | | | |
| | | ❒ 555 Prison Condition | | | |
| | | ❒ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❒ 1 Original Proceeding
- ❒ 2 Removed from State Court
- ❒ 3 Remanded from Appellate Court
- ❒ 4 Reinstated or Reopened
- ❒ 5 Transferred from Another District *(specify)*
- ❒ 6 Multidistrict Litigation - Transfer
- ❒ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ❒ Yes   ❒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

**CIVIL COVER SHEET – DEFENDANT LIST, CONTINUED**

**COLETTE PETERS**, Director, Oregon Department of Corrections (ODOC)
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**BRIAN BELLEQUE**, ODOC Deputy Director (past)
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**HEIDI STEWARD**, ODOC Deputy Director (current)
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**PAULA MYERS**, Superintendent Coffee Creek Correctional Facility (CCCF)
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**MICHAEL GOWER,** ODOC Assistant Director of Operations
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**ROB PERSSON,** ODOC Westside Institutions Administrator
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**ERICKA SAGE**, ODOC PREA Coordinator
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**DAWNELL MEYER**, ODOC Behavioral Health Services Administrator
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**RICHARD STEPHEN ALBERTS**, **JR.,** ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**JASON BATTIN**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**MICHAEL YANEZ**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**SHERRI KILGORE**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**ANTHONY ROSS**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**JACK ROWLETT**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**TANYA SIMMONS**, ODOC Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070


**JENNIFER ELGIN**, ODOC/CCCF counselor
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**T. PLUMBER**, ODOC SUI Investigator
Oregon Department of Corrections
2575 Center St NE
Salem, OR 97301

**ALEX DORAN**, Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**JASON WILSON,** Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**SHANNON MECHAM,** Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**MICHAEL S CRANFORD,** Correctional Officer
Coffee Creek Correctional Facility
24499 SW Grahams Ferry Road,
Wilsonville, Oregon 97070

**JOHN/JANE DOE**, ODOC/SIU Investigators

**JOHN/JANE DOE**, ODOC/CCCF Correctional Officers

**JOHN /JANE DOE,** Security Staff

**JOHN / JANE DOE**, ODOC Medical Staff

**STATE OF OREGON**
Oregon Department of Justice
ATTN: Trial Division
1162 Court St NE
Salem, OR 97301