ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
ANDREW HALLMAN  #083480
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  jessica.spooner@doj.state.or.us
         Andrew.Hallman@doj.state.or.us

Attorneys for Defendants Battin, Belleque, Cranford, Darling, Doran, Ellgen, Finster, Gower, Kilgore, Mecham, Meyer, Myers, Persson, Peters, Plummer, Ross, Rowlett, Sage, Simmons, Steward, Wilson, and Yanez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Maria Molina,<br><br>       Plaintiff,<br><br>   v.<br><br>Colette Peters, Oregon Department of Corrections (ODOC); Brian Belleque, ODOC Deputy Director (past); Heidi Steward, ODOC Deputy Director (current); Paula Myers, Superintendent Coffee Creek Correctional Facility (CCCF); MICHAEL GOWER, ODOC Assistant Director of Operations; ROB PERSSON, ODOC Westside Institutions Administrator; ERICKA SAGE, ODOC PREA Coordinator; DAWNELL MEYER, ODOC Behavioral Health Services Administrator; RICHARD STEPHEN ALBERTS, JR., ODOC Correctional Officer; JASON BATTIN, ODOC Correctional Officer; MICHAEL | Case No.  2:20-cv-01195-AC<br><br>DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES<br><br><br>*Jury Trial Requested* |

Page 1 -   DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES
     JS/rrc/Molina 1195 PLD Answer and Affirmative Defenses.docx

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

| | |
|---|---|
| YANEZ, ODOC Correctional Officer; SHERRI KILGORE, ODOC Correctional Officer; ANTHONY ROSS, ODOC Correctional Officer; JACK ROWLETT, ODOC Correctional Officer; TANYA SIMMONS, ODOC Correctional Officer; JENNIFER ELGIN, ODOC/CCCF counselor; T. PLUMBER, ODOC SUI Investigator; ALEX DORAN, Correctional Officer; JASON WILSON, Correctional Officer; SHANNON MECHAM, Correctional Officer; MICHAEL S CRANFORD, Correctional Officer; JOHN/JANE DOE, ODOC/ SIU Investigators; JOHN/JANE DOE, ODOC/CCCF Correctional Officers; JOHN /JANE DOE, Security Staff; JOHN / JANE DOE, ODOC Medical Staff; and State of Oregon, each sued in their individual and official capacities,<br><br>          Defendants. | |

Defendant Jason Battin, by and through the undersigned, in response to Plaintiff's First Amended Complaint, admits, denies, and alleges as follows.

## GENERAL RESPONSE

Defendant Battin denies each and every allegation of Plaintiff's First Amended Complaint not expressly admitted herein.

## PARTIES

1.

Defendant Battin admits that he serves as a correctional officer with the Oregon Department of Corrections ("ODOC") at Coffee Creek Correctional Facility ("CCCF") in Wilsonville, Oregon. Defendant Battin has been employed with ODOC since 2003.

Page 2 -   DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES
    JS/rrc/Molina 1195 PLD Answer and Affirmative Defenses.docx

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

2.

Defendant Battin admits that Plaintiff Mariah Molina, SID #19591143, is currently incarcerated with ODOC, was admitted to the custody of ODOC on October 9, 2017, and has an earliest release date of life.

## FACTUAL ALLEGATIONS

3.

Defendant Battin denies he engaged in sexual conduct with Plaintiff.

4.

To the extent the remainder of Plaintiff's allegations do not constitute legal arguments to which no response is required, Defendant Battin lacks sufficient knowledge to admit or deny the allegations at this time and therefore denies the same.

## FIRST AFFIRMATIVE DEFENSE

### Failure to State a Claim

4.

Plaintiff fails to state a claim upon which this Court can grant relief under one or more of the theories set forth in the First Amended Complaint.

## SECOND AFFIRMATIVE DEFENSE

### Qualified Immunity

5.

Defendant Battin alleges that at all times relevant to Plaintiff's First Amended Complaint, he was acting in good faith and within his discretion pursuant to the laws and statutes of the State of Oregon and the United States, and that his conduct violated no clearly established statutory or constitutional rights of which a reasonable official would have knowledge.

Page 3 -   DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES
JS/rrc/Molina 1195 PLD Answer and Affirmative Defenses.docx

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

### THIRD AFFIRMATIVE DEFENSE

### Eleventh Amendment Immunity

6.

Defendant Battin alleges he is immune from suit in federal court and protected under Eleventh Amendment immunity as to federal law claims against his in his official capacity and as to state and common law claims.

### FOURTH AFFIRMATIVE DEFENSE

### Statute of Limitations

7.

All allegations outside of the statute of limitations period are barred.

### FIFTH AFFIRMATIVE DEFENSE

### Oregon Tort Claims Act ("OTCA")

8.

With respect to state or common law claims, Defendant Battin asserts all provisions of the Oregon Tort Claims Act ("OTCA") to such claims, including, but not limited to, the provisions requiring timely and proper tort claim notice.

### SIXTH AFFIRMATIVE DEFENSE

### Prison Litigation Reform Act ("PLRA")

9.

Defendant Battin asserts all provisions of the Prison Litigation Reform Act ("PLRA"), including the provision requiring exhaustion of administrative remedies, to Plaintiff's claims.

### RESERVATION OF ADDITIONAL DEFENSES

10.

Defendant Battin reserves the right to assert additional defenses as may become known to him through investigation and discovery.

Page 4 -   DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES
          JS/rrc/Molina 1195 PLD Answer and Affirmative Defenses.docx

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## JURY TRIAL DEMAND

11.

Defendant Battin demands a jury trial.

**WHEREFORE**, having fully answered Plaintiff's First Amended Complaint herein, Defendant Battin prays for a judgment in his favor, for dismissal of Plaintiff's First Amended Complaint with prejudice and in its entirety, for an award of costs and disbursements incurred herein, and for such other and further relief as the Court may deem appropriate.

DATED November  9 , 2020.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

   *s/ Jessica Spooner*
JESSICA SPOONER #105919
Assistant Attorney General
ANDREW HALLMAN #083480
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
jessica.spooner@doj.state.or.us
Andrew.Hallman@doj.state.or.us
Of Attorneys for Defendants Battin, Belleque, Cranford, Darling, Doran, Ellgen, Finster, Gower, Kilgore, Mecham, Meyer, Myers, Persson, Peters, Plummer, Ross, Rowlett, Sage, Simmons, Steward, Wilson, and Yanez

Page 5 -   DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES
JS/rrc/Molina 1195 PLD Answer and Affirmative Defenses.docx
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

# CERTIFICATE OF SERVICE

I certify that on November  9 , 2020, I served the foregoing

DEFENDANT BATTIN'S ANSWER AND AFFIRMATIVE DEFENSES

upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ginger G. Mooney<br>Ginger G. Mooney, LLC<br>1017 May St, Ste 200<br>Hood River, OR 97031<br>    *of Attorneys for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| Richard Stephen Alberts<br>16675 SW Daffodil St.<br>Sherwood, OR 97140<br>    *Pro se Defendant* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

    *s/ Jessica Spooner*
JESSICA SPOONER #105919
Assistant Attorney General
ANDREW HALLMAN #083480
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
jessica.spooner@doj.state.or.us
Andrew.Hallman@doj.state.or.us
Of Attorneys for Defendants Belleque, Cranford, Darling, Doran, Ellgen, Finster, Gower, Kilgore, Mecham, Meyer, Myers, Persson, Peters, Plummer, Ross, Rowlett, Sage, Simmons, Steward, Wilson, and Yanez

Page 1 -   CERTIFICATE OF SERVICE
            JS/rrc/10358777-v3

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791